# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY J. MANZO,
Appellant,
vs.
BRIDGET M. MANZO,
Respondent.

No. 72574

FILED

APR 21 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY: _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on March 13, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Elizabeth A Brown_

cc:  Hon. Linda Marquis, District Judge, Family Court Division
Nevada Family Law Group
Bridget M. Manzo
Eighth District Court Clerk